# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

9:51 am, 8/15/19

**Stephan Harris**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

KENNETH RAY LEVENGOOD

Defendant.

Case Number:   19-CR-118-F

Date 8/15/19     Time 9:33 - 9:48        Before the Honorable     Kelly H. Rankin

☑ Indictment      ☐ Information       ☐ Complaint       ☐ Arraignment      ☐ Rule 5

☑ Initial Appearance    ☐ Detention Hearing    ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Felon in Possession of a Firearm

| Zachary Fisher | Cheyenne Courtroom 3 | Laura M. Harris |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Stuart S. Healy | Jon Goodman | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared     ☐ Voluntarily    ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing _____
☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**     Date  8/15/19
(Comments)  advised of rights and charges

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☑ Arraignment set for:
Date 8/20/19    Time 9:45 am    Judge Kelly H. Rankin

☐ Preliminary hearing set for:   Date _____   Time _____
Judge _____   in _____

☐ Revocation hearing set for:   Date _____   Time _____
Judge _____   in _____

☑ Detention hearing set for:
Date 8/20/19    Time 9:45 a.m.    Judge Kelly H. Rankin

☐ Removal hearing set for:
Date _____   Time _____   Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____