

**FILED**
1:54 pm, 8/20/19
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

KENNETH RAY LEVENGOOD

Defendant.

Case Number:   19-CR-118-F

Date 8/20/19     Time 1:37 - 1:53       Before the Honorable    Kelly H. Rankin

☑ Indictment     ☐ Information     ☐ Complaint     ☑ Arraignment     ☐ Rule 5

☐ Initial Appearance     ☑ Detention Hearing     ☐ Preliminary Hearing     ☐ Removal Hearing

☐ Other

Offense:  Felon in Possession

| Zachary Fisher | Cheyenne Courtroom 3 | Kristin Danni |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Eric J. Heimann | Dennis Conmay | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared     ☐ Voluntarily     ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Sean Barrett
☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

WY53                                                                                              Rev. 06/17/2019

**BOND IS**  ☑ Defendant is detained
☐ Set at  $ _____  ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for:  Date _____  Time _____
Judge _____

☐ Obey all laws, Federal, State and Local                ☐ Maintain current residence
☐ Seek/Maintain employment                               ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                    ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives      ☐ Abide by the following curfew _____
☐ Not use or possess alcohol                             ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                              ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing                         ☐ Post property or sum of money _____
☐ Do not obtain passport                                 ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____                   ☐ Mandatory DNA collection
☐ Other _____
☑ Bail review / detention hearing     Date  8/20/19
☑ Defendant detained- Reasons    Detention not contested. Held as flight risk/danger to community

MAGISTRATE CRIMINAL PROCEEDING SHEET

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☐ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
1 _____ of an   Indictment _____
☐ Guilty to count(s)
_____ of an   _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed   ☐ Days   ☐ On or Before   ☐ Discovery
☑ Trial date set for  10/21/19  at 8:30 AM  Before Honorable    Nancy D. Freudenthal
in  Cheyenne, Wyoming (Courtroom 1)
☑ Speedy trial expires on   10/24/19
☐ Other