# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
### SENTENCING



**FILED**

5:22 pm, 1/6/20

**Margaret Botkins**
**Clerk of Court**

| | | | |
|---|---|---|---|
| Date: | January 6, 2020 | Before the Honorable: | Nancy D. Freudenthal |
| Time: | 1:32 - 2:33 | Interpreter: | |
| Case No: | 19-CR-118-F | Interpreter Phone: | |

☐ Non-Public Document

UNITED STATES OF AMERICA   VS   KENNETH RAY LEVENGOOD

| John Lang | Jan Davis | Laura M. Harris | Phil Feezer |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**

Government: Timothy Forwood

☑ CJA   ☐ FPD   ☐ RET   ☐ WAIVED     Defendant: Sean Barrett

Other: _____

☑ Defendant acknowledges having read the presentence report
☐ Objections to presentence report

☐ Witness(es) _____
☐ Exhibits received by Court _____

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

   For a period of   __84__   Months   as to Count(s)   __1__

☐ Sentence shall be served   concurrent   to   _____
☐ Defendant is sentenced to time served
   ☐ Plus up to ten (10) days to allow for deportation proceedings

☑ Upon release from custody, the defendant shall be on **supervised release**

   For a period of   __3__   Years   as to Count(s)   __1__

☐ Supervised Release shall be served ☐ concurrent ☐ to _____
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of _____

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

☑ Obey all laws, Federal, State & Local               ☑ Report to Probation w/in 72 hours of release
☑ Abide by the standard conditions of supervision    ☐ Provide complete financial disclosure as directed
☐ Home confinement for a period of _____            ☐ Electronic monitoring as directed by Probation
☑ Not use or possess firearms/ammunitions/explosives ☑ Not use or possess controlled substances/drugs
☑ Not purchase, use or possess alcohol/intoxicants; frequent   ☐ Not open new lines of credit or incur new debt
   places where alcohol is bought, sold or dispensed   ☑ Submit to additional drug/alcohol testing and treatment
☑ Submit to mandatory drug testing (w/in 15 days of release)   ☐ Mandatory drug testing is waived
☐ Notify Probation of change in economic circumstance   ☐ DNA collection
☐ Notify employers of conviction                      ☑ Cognitive/Behavioral Treatment
☐ Standard Sex Offender Conditions Apply             ☑ Submit to search as conducted by US Probation Officer
☑ Mental Health evaluation and follow through
☐ Other (continued from conditions of Probation/Supervised Release)
_____

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of  $100.00   as to Count(s)  1
                                            For a total of:  $100.00
☑ Special assessment is due and payable immediately
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid
   shall be paid during the term of supervision but no later than  60 days
   prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least  10% monthly gross income
during the term of supervision
☐ Special assessment remitted upon deportation of the defendant
☐ Other _____
☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☑ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____
☐ Defendant shall **surrender** to designated prison on/before _____ at _____
☐ Defendant shall report to institution as directed by Probation

☑ **Court recommends placement** at  FCI Safford, FCI Milan, FCI Sandstone. Alternatively,  FCI Oxford.
☐ Court recommends defendant participate in the prison industries program
☑ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence
☐ Defendant advised of right to appeal        ☑ Defendant waives right to appeal
☐ Defendant shall forfeit the following property
☐ Count(s) _____ of the  Indictment  **dismissed** on the motion of the United States
☑ Other  The Court recommends the defendant receive credit for time served from October 1, 2018 due to global resolution of state and federal charges.

**MISCELLANEOUS**